# UNITED STATES DISTRICT COURT

for the
District of Arizona

DOA
10-22-16

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alfredo Montoya-Saragosa, | ) | Case No. 16 - 9402 mJ |
| a.k.a.: Alfredo Saragoza Montoya, | ) | |
| a.k.a.: Miguel Hernandez-Lopez, | ) | |
| (A 087 755 807) | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 23, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Alfredo Montoya-Saragosa, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at El Paso, Texas, on or about August 19, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Sean K. Lokey, AUSA for AUSA Abbie Broughton Marsh

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  October 28, 2016

_____
*Judge's signature*

City and state:  Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 23, 2016, Alfredo Montoya-Saragosa was booked into the Maricopa County Jail (MCJ) intake facility by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Montoya-Saragosa was examined by ICE Officer M. Karakey who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 27, 2016, Montoya-Saragosa was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Montoya-Saragosa was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Alfredo Montoya-Saragosa to be a citizen of Mexico and a previously deported criminal alien. Montoya-Saragosa was removed

1

from the United States to Mexico through El Paso, Texas, on or about August 19, 2014, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of Montoya-Saragosa in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Montoya-Saragosa's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Alfredo Montoya-Saragosa was convicted of Re-Entry after Deportation, a felony offense, on February 4, 2014, in the United States District Court, District of Arizona.  Montoya-Saragosa was sentenced to six (6) months' imprisonment.  Montoya-Saragosa's criminal history was matched to him by electronic fingerprint comparison.

5. On October 27, 2016, Alfredo Montoya-Saragosa was advised of his constitutional rights. Montoya-Saragosa freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 23, 2016, Alfredo Montoya-Saragosa, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been

previously denied admission, excluded, deported, and removed from the United States at El Paso, Texas, on or about August 19, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 28th day of October, 2016.

Eileen S. Willett,
United States Magistrate Judge

3